AO106(Rev. 5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

MSN Hotmail
at 1065 La Avenida
Mountain View, California 94043
E-mail Accounts: DOGSTAR7788@HOTMAIL.COM; And
    ASHAWO2000@HOTMAIL.COM

**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**

CASE NUMBER: 05-0393M-01

(Further described below)

I __John Archer__ being duly sworn depose and say:

I am a(n) __Special Agent with the Drug Enforcement Administration__ and have reason to believe
(Official Title)
that ☐ on the person of or ☒ on the property or premises known as (name, description and or location)
stored electronic communications and content for accounts
DOGSTAR7788@HOTMAIL.COM and ASHAWO2000@HOTMAIL.COM __maintained by MSN Hotmail, 1065 La Avenida, Mountain View, California in the Northern District of California, there is now concealed a certain person or property, namely__ (describe the person or property to be searched)
Electronic communications and content information described in Attachment A, incorporated by reference herein.

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)
Evidence of a crime.

concerning a violation of Titles __21 and 18__ United States Code, Section(s) __§§952, 959, 963__. The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.   X   YES   NO

Signature of Affiant:
John Archer, Special Agent
Drug Enforcement Administration

Sworn to before me, and subscribed in my presence

Date

at Washington, D.C.

Name and Title of Judicial Officer          Signature of Judicial Officer

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 7/7/05 | 7/8/05 | MSN Hotmail Custodian of Records |

INVENTORY MADE IN THE PRESENCE OF

S/A Robert Zachariasiewicz            Case Number: 05-0393M-01

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

One CD-ROM containing stored electronic communications and content from MSN Hotmail accounts dogstar7788@hotmail.com and ashawo2000@hotmail.com.



FILED
JUL 1 2 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

S/A John Archer

Subscribed, sworn to, and returned before me this date.

_____        7/12/05
U.S. Judge or Magistrate                  Date